UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-7542 DSF (AJWx) | Date | 4/10/17 |
|---|---|---|---|
| Title | City of Los Angeles et al v. Cellco Partnership | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Anel Huerta | Pat Cuneo |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Eric J. Buescher<br>Neda L. Lotfi | Matthew S. Rosengart |

**Proceedings:** Motion to Remand (Dkt. 24)

The matter is called and counsel state their appearances. The Court hears oral argument. The matter is under submission and a written ruling will issue.

CV-90 (12/02)     **CIVIL MINUTES - GENERAL**     **Time: 00:08**
**Initials of preparer: ah**
Page 1 of 1