|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| CITY OF LOS ANGELES *ex rel.* RICHARD KNUDSEN,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP dba VERIZON WIRELESS, and DOES 11-20,<br><br>Defendants. | No. 2:17-cv-00810-TLN-AC<br><br><br>**NOTICE OF RELATED CASE ORDER** |
| CITY OF LOS ANGELES *ex rel.* RICHARD KNUDSEN,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT SOLUTIONS, INC., and NEXTEL OF CALIFORNIA, INC. dba NEXTEL COMMUNICATIONS and SPRINT NEXTEL,<br><br>Defendants. | No. 2:17-cv-00811-WBS-GGS |

| | |
|---|---|
| CITY OF LOS ANGELES *ex rel.* RICHARD KNUDSEN, <br><br> Plaintiff, <br><br> v. <br><br> NEW CINGULAR WIRELESS NATIONAL ACCOUNTS, LLC dba CINGULAR WIRELESS, now known as AT&T MOBILITY NATIONAL ACCOUNTS LLC <br><br> Defendant. | No. 2:17-cv-00816-TLN-KJN |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a). The actions are based on the same claims, the same questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge. No consolidation of the actions is affected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:17-cv-00811-WBS-GGS and 2:17-cv-00816-TLN-KJN are hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Allison Claire for all further proceedings. Any dates currently set in the reassigned cases are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:17-cv-00811-TLN-AC and 2:17-cv-00816-TLN-AC, respectively.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment and issue.

Dated: April 26, 2017

Troy L. Nunley
United States District Judge