**GREENBERG TRAURIG, LLP**
MATHEW S. ROSENGART (SBN 255750)
1840 Century Park East, Suite 1900
Los Angeles, CA  90067-2121
Telephone:  (310) 586-7700
Facsimile:   (310) 586-7800
rosengartm@gtlaw.com

**GREENBERG TRAURIG, LLP**
DAVID A. CHEIT (SBN 121379)
1201 K Street, Suite 1100
Sacramento, CA  95814
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
cheitd@gtlaw.com

Attorneys for Defendant

CELLCO PARTNERSHIP D/B/A
VERIZON WIRELESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES *ex rel.* RICHARD KNUDSEN,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, and DOES 11-20,<br><br>                    Defendants. | CASE NO. 2:17-cv-00810-TLN-AC<br><br>**STIPULATION AND ORDER MODIFYING CASE SCHEDULE**<br><br>**Judge: Hon. Troy L. Nunley**<br>**Ctrm: 2, 15th Floor**<br><br>**Trial Date: None** |

    The parties to the above-captioned action hereby stipulate as follows:

    **WHEREAS** on April 23, 2020, the Court entered its Amended Pretrial Scheduling Order setting the discovery and dispositive motion deadlines for the above-captioned case;

**WHEREAS,** on April 28, 2020, the Court entered its Scheduling Order setting concurrent deadlines for the related action captioned as *Knudsen ex rel. City of Los Angeles v. Sprint Solutions, Inc. et al.*, Case No. 17-cv-00811-TLN-AC;

**WHEREAS**, document production in these related matters involves locating, reviewing and producing over 13 years of records from the parties as well as substantial third-party discovery;

**WHEREAS**, the parties have worked diligently to move discovery forward, and have made substantial progress, but need and respectfully request additional time to complete discovery, given the above and particularly due to the ongoing impact of the COVID-19 pandemic;

**WHEREAS**, the parties have also discussed ways to streamline the cost and expense of the expert reports in this litigation and believe bifurcating damages quantification analysis will assist them in preparing dispositive motions in a cost effective manner and in pursuing potential resolution of these claims;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their undersigned counsel, subject to the approval of the Court, that the pretrial scheduling order will be modified as follows:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | November 17, 2021 |
| Opening expert reports for parties with the burden of proof (excluding reports related to the quantification of damages) | December 17, 2021 |
| Responsive expert reports (excluding reports related to the quantification of damages) | February 1, 2022 |
| Close of expert discovery | March 1, 2022 |
| Dispositive Motion Hearing Deadline | **May 5, 2022** |
| Expert disclosures and discovery related to the quantification of damages | Following the Court's Ruling on Motions for Summary Judgment |

Dated:  April 2, 2021                    Respectfully submitted,

                                                GREENBERG TAURIG, LLP

By: /s/ *Mathew S. Rosengart*
   Mathew S. Rosengart
   David A. Cheit
   Attorneys for Defendant
   CELLCO PARTNERSHIP
   D/B/A VERIZON WIRELESS

Dated:  April 2, 2021                    COTCHETT, PITRE & McCARTHY LLP

/s/ *Eric J. Buescher*
Eric J. Buescher
Attorneys for Intervenor Plaintiff
City of Los Angeles

## ORDER

**IT IS SO ORDERED.**

Dated: April 2, 2021

                                                Troy L. Nunley
                                                United States District Judge